UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 47.
> JPH, 5/18/2021
> Distribution via ECF

| | |
|---|---|
| ROBIN MICHELLE POLLOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-00795-JPH-MJD |
| LOWE'S HOME CENTERS, LLC, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robin Michelle Pollock, and Defendant, Lowe's Home Centers, LLC, by counsel, hereby stipulate and agree to the dismissal of the above-captioned cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, and each party to bear its own costs and fees.

Respectfully submitted,

*s/Robin C. Clay*

Robin C. Clay
CURLIN & CLAY LAW,
ASSOCIATION OF ATTORNEYS
8510 Evergreen Avenue, Suite 200
Indianapolis, IN 46240
Telephone: 317.202.0301
Facsimile: 317.282.0688
Email: rclay@curlinclaylaw.com

*Attorney for Plaintiff*

*s/ Justine Farris-Niehaus*

David J. Pryzbylski
Justine Farris-Niehaus
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: 317.236.1313
Facsimile: 317.231.7433
Email: dpryzbylski@btlaw.com
justine.farris@btlaw.com

*Attorneys for Defendant*